# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **CV 15-9482-FMO (PLA)**　　　　　　　　　　　　　　　Date: **January 24, 2017**

Title:　**Christopher Brown v. William Muniz**

---

PRESENT: THE HONORABLE　**PAUL L. ABRAMS**　　　　　☐ U.S. DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ MAGISTRATE JUDGE

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**　　　　　**ATTORNEYS PRESENT FOR RESPONDENT:**
　　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　(IN CHAMBERS)

Pursuant to this Court's Order of November 4, 2016, petitioner was ordered to file a Status Report no later than December 31, 2016. To date, no Status Report has been filed with the Court. Accordingly, **no later than February 8, 2017, petitioner is ordered to show cause** why this case should not be dismissed for failure to comply with a Court Order. Filing of the Status Report on or before February 8, 2017, shall be deemed compliance with this Order to Show Cause.


cc:　Christopher Brown, pro se
　　　Jonathan Matthew Krauss, CAAG


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch

---

CV-90 (06/04)　　　　　　　　　　　**CIVIL MINUTES - GENERAL**　　　　　　　　　　　Page 1 of 1