UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER T. BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　Respondent. | No. CV 15-09482-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including operative Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 55), the Report and Recommendation of the United States Magistrate Judge (Dkt. 66), and Objections thereto filed by Petitioner (Dkt. 67). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: November 13, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge