JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER T. BROWN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM MUNIZ, Warden,<br><br>Respondent. | No. CV 15-09482-FMO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 13, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge